```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                    :

JASMINE TORO, *on behalf of herself and all others similarly situated*,

                                     Plaintiff,

                          -v —

JBR, INC.,

                                  Defendant.

1:23-cv-6602-GHW

ORDER

--------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      Plaintiff filed her complaint on July 28, 2023. Dkt. No. 1. On July 31, the Court scheduled an initial conference for November 8, 2023, and directed the parties to submit a joint letter and proposed case management plan by November 1, 2023. Dkt. No. 4. The parties failed to do so. On November 2, the Court issued an order directing the parties to submit the joint letter and proposed case management plan no later than November 3, 2023. Dkt. No. 7. Again, the parties failed to comply. Neither party was present at the November 8, 2023 conference, though the Court, court staff, and a court reporter were in attendance. Plaintiff has taken no action in her case since August 17, 2023, when proof of service of process was filed. Dkt. No. 6.

      Accordingly, Plaintiff is ordered to show cause no later than November 13, 2023 why this case should not be dismissed for failure to comply with the Court's orders and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                                                        GREGORY H. WOODS
                                                                   United States District Judge